No. 276. COUNTY OF DELAWARE, PENNSYLVANIA, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION; and

No. 277. SCHOOL DISTRICT OF TINICUM TOWNSHIP, PENNSYLVANIA, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION. Error to the Circuit Court

of Appeals for the Third Circuit.　Motion to dismiss submitted October 3, 1927.　Decided October 10, 1927. _Per Curiam._　Motion to dismiss granted on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937). _Solicitor General Mitchell_ for defendant in error, in support of the motion. _Mr. Donald S. Edmonds_ for plaintiff in error, in opposition thereto.